

**U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS**

**ENTERED**
TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____
**Signed November 1, 2006**                                    **United States Bankruptcy Judge**
_____

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 05-95543-DML-11 |
| CASCADE BASIN, INC., | § | (Chapter 11) |
| | § | |
| DEBTOR. | § | |

### FINDINGS OF FACT AND CONCLUSIONS OF LAW REGARDING MOTION FOR DETERMINATION THAT THE PLAN MODIFICATIONS DO NOT ADVERSELY AFFECT ANY ACCEPTING CREDITOR <u>THAT HAS NOT ACCEPTED THE MODIFICATIONS IN WRITING</u>

Came on for consideration, the Motion for Determination that the Plan Modifications Do Not Adversely Affect Any Accepting Creditor That Has Not Accepted the Modifications in Writing (the "Motion") filed by the Debtor on October 20, 2006 (the "Modifications"). The Court, after noting that due notice has been given to all parties in interest at the Confirmation Hearing and after the consideration of the evidence submitted and the arguments of counsel during the confirmation hearing, makes the following findings of fact and conclusions of law:

### <u>FINDINGS OF FACT</u>

1.  Adequate information was contained in the original disclosure statement in this case as set forth in Section 1125 of the Code or in the Modifications as to changed circumstances.

2. Various specific creditors provided written acceptances of the Modifications, after review of the additional disclosure in the Modifications.

3. The Plan was not modified in such a manner that either classification or treatment of any creditor was materially altered in an adverse manner.

4. The Modifications do not cause a material adverse change to the treatment of any class of creditors or interests who voted on the Plan and who have not changed their ballots.

5. Notice sent to the twenty (20) largest creditors and those requesting notice is sufficient notice for modifications that do not cause a material adverse change to the treatment of creditors or interest holders.

### CONCLUSIONS OF LAW

1. The Plan as modified does not violate Sections 1122 and 1123 of the Code.

2. The Plan as modified meets all of the requirements of Section 1129 of the Code.

3. The Debtor met the qualifications of Section 1125 of the Code by virtue of the original disclosure statement.

4. All creditors and interest holders who voted in favor of the Plan are deemed to have accepted the Modifications.

### # # # END OF ORDER # # #

**Submitted By:**

**E. P. Keiffer**
**HANCE SCARBOROUGH WRIGHT**
**GINSBERG & BRUSILOW, LLP**
**The Elm Place Building**
**1401 Elm Street, Suite 4750**
**Dallas, TX 75202**
**Phone: (214) 651-6500**
**Fax: (214) 744-2615**

**ATTORNEYS FOR THE DEBTOR**